# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

134437

KENT A. MCNEIL, FRANKLIN E. FISHER
ROGER GRIFFIN, SCOTT WAY, and JEFF
LEGATO,
        Plaintiffs-Appellants,

v

CHARLEVOIX COUNTY and NORTHWEST
MICHIGAN COMMUNITY HEALTH
AGENCY,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134437
COA: 272410
Charlevoix CC: 05-088120-CZ

On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered and, on the Court's own motion pursuant to MCR 7.316(A)(3), the Court DIRECTS each party to file a supplemental brief no later than 28 days after the date of this order addressing whether MCL 333.2441(1) amounts to an improper delegation of legislative authority under relevant legal principles, including those at issue in *Taylor v Gate Pharmaceuticals*, 468 Mich 1, 10 n 9 (2003), and *Blue Cross & Blue Shield of Michigan v Governor*, 422 Mich 1, 51 (1985).

The Attorney General, the Michigan Municipal League, and the Michigan Townships Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008
s0108

_Corbin R. Davis_
Clerk